AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**DAMIEN R. JONES**

**(Name and Address of Defendant)**

**CRIMINAL COMPLAINT**

**CASE NUMBER:**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **AUGUST 6, 2005** in **WASHINGTON** county, in the _____ District of **COLUMBIA** defendant did, (Track Statutory Language of Offense)

having been convicted of a crime punishable by imprisonment for a term exceeding one year, ship and transport in interstate and foreign commerce, and possess in and affecting commerce, a firearm and ammunition, and did receive a firearm and ammunition, which had been shipped and transported in interstate and foreign commerce, that is, a Smith & Wesson .44 magnum revolver and .44 caliber ammunition.

in violation of Title **18** United States Code, Section(s) **922(g)(1)** .

I further state that I am **OFFICER EZEQUIEL VASQUEZ** , and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

**Continued on the attached sheet and made a part hereof:**  ☒ Yes   ☐ No

**Signature of Complainant**
**OFFICER EZEQUIEL VASQUEZ**
**SIXTH DISTRICT, MPD**

Sworn to before me and subscribed in my presence,

_____   at   **Washington, D.C.**_____
Date                                                              City and State

_____        _____
Name & Title of Judicial Officer                              Signature of Judicial Officer