## STATEMENT OF FACTS

On Saturday, August 6, 2005, at about 11:45 p.m., a sworn officer with the Metropolitan Police Department's Sixth District did a traffic stop in the 3700 block of Hayes Street, N.E., Washington, D.C. During the course of the stop, officers saw the defendant placing his hand near his waistband area, and reaching towards the center console of the car. For the officers safety the defendant was removed from the car, and a check of the center console revealed a loaded Smith & Wesson .44 magnum revolver. Officers placed the defendant under arrest. A WALES check revealed that the defendant's Maryland license was suspended on 6/8/05. To the best of the undersigned officer's knowledge, defendant Damien Jones has previously been convicted of a crime punishable by imprisonment for a term exceeding one year in Prince George's County, Maryland, Criminal Case Nos. CT981082X and CT020255X. Before filing this complaint, the officer reviewed at least one computer print-out of the defendant's criminal history and it showed that the defendant had been convicted of such crime. He wrote his initials on the computer print-out that he reviewed, so that he would recognize it again in the future. To the best of this officer's knowledge there are no Smith & Wesson .44 magnum revolvers nor ammunition manufactured in the District of Columbia.

_____

OFFICER EZEQUIEL VASQUEZ
SIXTH DISTRICT, MPD

SWORN AND SUBSCRIBED BEFORE ME ON THIS \_\_ DAY OF AUGUST, 2005.

_____

U.S. MAGISTRATE JUDGE